UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

JOAN CONCETTA ALESSANDRA,

    Plaintiff,

v.                                                    Case No: 5:13-cv-385-Oc-18PRL

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

## ORDER

THIS CAUSE comes for consideration on Plaintiff Joan Concetta Alessandra's appeal of an administrative decision denying her application for Disability Insurance Benefits and Supplemental Social Security Benefits. (*See* Doc. 1.) On February 3, 2015, Magistrate Judge Philip R. Lammens entered a report and recommendation regarding same (Doc. 31), to which neither party filed an objection. Having reviewed the Report and Recommendation (Doc. 31) and there being no objections, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. United States Magistrate Judge Philip R. Lammens' Report and Recommendation (Doc. 31) is **APPROVED** and **ADOPTED**.
2. The Commissioner's final decision in this case is **AFFIRMED**.
3. The Clerk of the Court is directed to **ENTER JUDGMENT** accordingly and **CLOSE** the case.

**DONE AND ORDERED** in Orlando, Florida on this _24_ day of February, 2015.

                                                                    G. KENDALL SHARP
                                                                    SENIOR UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record